IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. BRIAN KELLY EAGLEMAN, Defendant. | Cause No. CR 16-22-GF-BMM  ORDER |
|---|---|

Upon motion by the United States, and for good cause shown,

IT IS ORDERED that Counts II and III of the Indictment against Brian Kelly Eagleman are DISMISSED.

DATED this 25th day of October, 2016.

Brian Morris
United States District Court Judge

1